# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 3:19-md-2885 |
| This Document Relates To: GERARDO QUIJANO Docket No 8:20-cv-31842-MCR-GRJ | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATION FORUM

COMES NOW Plaintiff, GERARDO QUIJANO, and files this Notice of Designated Forum pursuant to Case Management Order 44. Absent the direct filing Order entered by this Court, venue is also proper in the District of Colorado. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Dated: May 31, 2022          Respectfully submitted,

/s/ W. Troy Bouk
W. Troy Bouk, Florida Bar No. 43384
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: 850-435-7155 / Fax: 850-436-6155
Email: tbouk@levinlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice was filed electronically with the Clerk of Court using the CM/ECF system on May 31, 2022 and served electronically on all counsel of record.

/s/ W. Troy Bouk
W. Troy Bouk, Florida Bar No. 43384